# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Kristin Worth, et al. vs. Bob Jacobson

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-2248 **for the following party(s): (please specify)**

Everytown for Gun Safety

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Janet Carter  s/: Janet Carter

Firm Name: Everytown Law

Business Address: 450 Lexington Avenue, P.O. Box 4184

City/State/Zip: New York, NY 10017

Telephone Number (Area Code): (646) 324-8174

Email Address: jcarter@everytown.org

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 7/20/23, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: