# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Ms. Naomi Biden
Ms. Veronica E. Callahan
Mr. Daniel M. Meyers
Ms. Lindsay N. H. Strong
Mr. Samuel Williams

**CC:** Mr. William V. Bergstrom
Ms. Janet R. Carter
Ms. Courtney Dixon
Ms. Shira Lauren Feldman
Mr. Alex Hemmer
Ms. Sarah A. Hunger
Ms. Madeline B. Jenks
Ms. Sophie A. Kivett
Mr. Douglas Neal Letter
Mr. Blair W. Nelson
Mr. Peter A. Patterson
Ms. Kelly Percival
Ms. Amanda E. Prutzman
Ms. Elizabeth A. Rose
Mr. Robert A. Sacks
Ms. Esther Sanchez-Gomez
Mr. Mark B. Stern
Ms. Kari L. Still
Mr. William J. Taylor Jr.
Mr. David H. Thompson
Mr. Leonid Traps
Ms. Abby Wright

**FROM:** Hillary A. Grupe

**DATE:** July 26, 2023

**RE:** 23-2248 Kristin Worth, et al v. Bob Jacobson

Your paper briefs in the above-referenced case have been received. In reviewing the briefs, we noted the deficiencies shown below. Your paper briefs cannot be accepted and you must submit 10 new paper copies correcting the deficiencies.

**Your new paper copies of the brief are due 5 days from the date of this notice.**

**X**_____Please reproduce your brief with single-sided pages.
**X**_____Please provide a Corrected Certificate of Service showing service of the paper copies of

your brief. Pursuant to 8th Cir. R. 28A(d), counsel is required to serve one paper copy on each party separately represented or proceeding pro se.