UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: __Kristin Worth, et al__ vs. __Bob Jacobson__

**The Clerk will enter my appearance as Counsel in Appeal No.** __23-2248__ for the following party(s): (please specify)

| |
|---|
| Brady Center to Prevent Gun Violence |

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: __Shira Lauren Feldman__   s/: __[signature]__

Firm Name: __Brady Center to Prevent Gun Violence__

Business Address: __840 First St NE #400__

City/State/Zip: __Washington, D.C. 20002__

Telephone Number (Area Code): __202.370.8100__

Email Address: __sfeldman@bradyunited.org__

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on __8/3/23__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| |
|---|
| |