

September 8, 2023

*Via CM/ECF*

Mr. Michael E. Gans
Clerk, Eighth Circuit Court of Appeals
Thomas F. Eagleton Courthouse
Room 24.329
111 South Tenth Street
St. Louis, MO 63102

      Re:    *Worth, et al. v. Jacobson*
               **Eighth Circuit Court File No. 23-2248**

Dear Mr. Gans:

    This letter is in response to the Court's Request for notice of conflicts for the parties in the above-entitled matter. Regarding the dates identified for future Eighth Circuit sessions, Appellant currently has conflicts with the following dates:

- October 19-20, 2023
- April 8-12, 2024
- June 10-14, 2024

    State Appellant's preference is that the oral argument be held in St. Paul, but State Appellant would also be willing to appear via Zoom at other locations. Counsel will endeavor to promptly notify the Court of conflicts that may arise in the future.

                                  Sincerely,

                                  LIZ KRAMER
                                Solicitor General

                                (651) 757-1010 (Voice)
                                liz.kramer@ag.state.mn.us

      cc:     Counsel of record, via CM/ECF

445 Minnesota Street, Suite 1400, St. Paul, MN 55101-2131
Office: (651) 296-3353 • Toll Free: (800) 657-3787 • Minnesota Relay: (800) 627-3529
An Equal Opportunity Employer Who Values Diversity • Printed on 30% Post-Consumer Material Paper