# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

Peter A. Patterson  1523 New Hampshire Avenue, N.W.  (202) 220-9600
(202) 220-9670  Washington, D.C. 20036  Fax (202) 220-9601
ppatterson@cooperkirk.com

October 27, 2023

**Via CM/ECF**

Michael E. Gans
Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

Re: *Worth v. Jacobson*, No. 23-2248

Dear Mr. Gans:

    This letter is an <u>amended</u> response to the Court's Request for notice of conflicts for the parties in the above-entitled matter. Due to scheduling conflicts, Plaintiffs-Appellees respectfully request that oral argument not be scheduled on the following dates:

- November 15–16, 2023
- December 11–15, 2023
- January 8, 2024
- May 6–10, 2024

Respectfully submitted,

/s/ Peter A. Patterson
Peter A. Patterson

*Counsel for Plaintiffs-Appellees*

cc: Counsel of Record (by CM/ECF)