# EXHIBIT A

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

KRISTIN WORTH, *et al.*,

      *Plaintiffs-Appellees*,

v.

BOB JACOBSON, in his individual
capacity and in his official capacity as
Commissioner of the Minnesota
Department of Public Safety *et al.*,

      *Defendant-Appellant.*

No. 23-2248

(0:21-cv-01348-KMM-LIB)

## DECLARATION OF JOE KNUDSEN

I, Joe Knudsen, make the following declaration pursuant to 28 U.S.C. §
1746:

1. I am a citizen of Washington County, Minnesota.

2. I am 19 years old.

3. I am a member of the Minnesota Gun Owners Caucus, the Second
   Amendment Foundation, and the Firearms Policy Coalition.

4. Other than my age, I am eligible to acquire a permit to carry a pistol
   under all applicable state laws and I would receive training in the safe use
   of a pistol and apply for a license forthwith if my age did not make me

1

ineligible for a license. Upon issuance, I would on occasion carry a handgun for purposes of self-defense.

5. I desire to carry a handgun in public for self-defense while traveling to work, visiting family and friends, running errands, or going about my day.

6. I currently refrain from carrying a handgun for self-defense because I cannot obtain a permit due to my age, and therefore carrying a handgun in public would be unlawful and potentially subject me to arrest and prosecution.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on December 4, 2023

Joe Knudsen

2