# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2248

Kristin Worth, et al.

Appellees

v.

Bob Jacobson, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety

Appellant

Kyle Burton, in his individual capacity and in his official capacity as Sheriff of Mille Lacs County, Minnesota, et al.

------------------------------

Everytown for Gun Safety, formerly known as Everytown for Gun Safety Action Fund, et al.

Amici on Behalf of Appellant(s)

National Rifle Association of America, Inc.

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-01348-KMM)
_____

**ORDER**

Appellant's motion to dismiss and the motion to supplement the record are hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

January 19, 2024

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans