No. 23-2248

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

KRISTIN WORTH, et al.,

*Plaintiff-Appellees*,

v.

BOB JACOBSON, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety.

*Defendant-Appellant*.

On Appeal from the United States District Court
for the District of Minnesota
No. 21-cv-1348—Hon. Katherine Menendez.

## MOTION OF MICHAEL T. JEAN TO WITHDRAW AS COUNSEL FOR AMICUS CURIAE NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.

Michael T. Jean
Erin M. Erhardt
National Rifle Association of America –
Institute for Legislative Action
11250 Waples Mill Road
Fairfax, VA, 22030
703-267-1158
MJean@nrahq.org
EErhardt@nrahq.org

*Attorneys for Amicus Curiae National Rifle Association of America*

## MOTION TO WITHDRAW

Michael T. Jean respectfully requests to withdraw as counsel for amicus curiae the National Rifle Association of America, Inc. ("NRA"). Good cause exists for the withdrawal because counsel has accepted a new position and will not be able to continue representing the NRA. Co-counsel, Erin M. Erhardt, will continue to represent the NRA, and it will not be prejudiced by the withdrawal.

Date: February 20, 2024       Respectfully submitted:

>       */s/ Michael T. Jean*
>       Michael T. Jean
>       Erin M. Erhardt
>       National Rifle Association of America –
>       Institute for Legislative Action
>       11250 Waples Mill Road
>       Fairfax, VA, 22030
>       703-267-1158
>       MJean@nrahq.org
>       EErhardt@nrahq.org
>
>       *Attorneys for Amicus Curiae the National Rifle Association of America*

2

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Fed. R. App. P. 27(d)(2) because it contains 68 words.

This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5) and the type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(6) because it has been prepared in 14-point Times New Roman font using Microsoft Word.

This motion also complies with Circuit Rule 28A(h)(2) because it has been scanned for viruses and is virus free.

*/s/ Michael T. Jean*
Michael T. Jean

*Attorney for Amicus Curiae the National Rifle Association of America*

# CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: February 20, 2024

                                            */s/ Michael T. Jean*
                                            Michael T. Jean

                                            *Attorney for Amicus Curiae the National Rifle Association of America*