# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2248

Kristin Worth, et al.

Appellees

v.

Bob Jacobson, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety

Appellant

Kyle Burton, in his individual capacity and in his official capacity as Sheriff of Mille Lacs County, Minnesota, et al.

------------------------------

Everytown for Gun Safety, formerly known as Everytown for Gun Safety Action Fund, et al.

Amici on Behalf of Appellant(s)

National Rifle Association of America, Inc.

Amicus on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-01348-KMM)

---

**ORDER**

Michael Thomas Jean's motion to withdraw as counsel for National Rifle Association of America, Inc., is granted.

February 21, 2024

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans