# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 23-2248
_____

Kristin Worth; Austin Dye; Axel Anderson; Minnesota Gun Owners Caucus; Second Amendment Foundation; Firearms Policy Coalition, Inc.

Plaintiffs - Appellees

v.

Bob Jacobson, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety

Defendant - Appellant

Kyle Burton, in his individual capacity and in his official capacity as Sheriff of Mille Lacs County, Minnesota; Dan Starry, in his individual capacity and in his official capacity as Sheriff of Washington County, Minnesota; Troy Wolbersen, in his individual capacity and in his official capacity as Sheriff of Douglas County, Minnesota

Defendants

------------------------------

Everytown for Gun Safety, formerly known as Everytown for Gun Safety Action Fund; United States; State of Illinois; State of Arizona; State of California; State of Colorado; State of Connecticut; State of Delaware; District of Columbia; State of Hawaii; State of Maryland; State of Massachusetts; State of Michigan; State of New Jersey; State of New Mexico; State of New York; State of North Carolina; State of Oregon; State of Pennsylvania; State of Rhode Island; State of Vermont; State of Washington; Giffords Law Center to Prevent Gun Violence; March For Our Lives Foundation; Brady Center to Prevent Gun Violence; Holly Brewer

Amici on Behalf of Appellant(s)

National Rifle Association of America, Inc.

Amicus on Behalf of Appellee(s)

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-01348-KMM)

**JUDGMENT**

Before SMITH, Chief Judge, BENTON, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 16, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Maureen W. Gornik