No. 23-2248

IN THE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Kristin Worth, et al.,

Appellees,

vs.

Bob Jacobson, in his individual capacity
and in his official capacity as
Commissioner of the
Minnesota Department of Public Safety,

Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**APPELLEES' AMENDED BILL OF COSTS**

Blair W. Nelson
BLAIR W. NELSON LTD
205 Seventh Street NW, Ste. 3
Bemidji, MN 56601
Tel: 218-444-4531
bwnelson@paulbunyan.net

David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave. NW
Washington, DC 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Attorneys for Plaintiffs-Appellees*

To Maureen W. Gornik, Acting Clerk of the U.S. Court of Appeals for The Eighth Circuit:

I, Peter A. Patterson, counsel for Plaintiffs-Appellees in this matter submits an itemized and verified bill of costs to be taxed against Defendants-Appellants. This Court issued its judgment in this case on July 16, 2024 in the favor of Plaintiffs-Appellees. And pursuant to Local Rule 39A, Plaintiffs-Appellees are entitled to costs. I verify that our firm was responsible for printing, binding, and sending out 10 copies of the following to the Court: (1) Plaintiffs-Appellees' Brief (filed on Aug. 15, 2023), and (2) Plaintiffs-Appellees' Addendum (filed Aug. 15, 2023). The undersigned states that Plaintiffs-Appellees are entitled to the following costs pursuant to Local Rule 39A(a)(4):

| # of pages (brief and addendum) | cost per page | cost per cover | # of covers | cost per binding | # of bindings | TOTAL (per brief) | # of copies | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 0.15 | 2.00 |  | 2.00 |  |  |  |  |
| 117 | 17.55 | 20.00 | 10 | 20.00 | 10 | 57.55 | 10 | **575.5** |

I further verify that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

| | |
|---|---|
| Dated: August 2, 2024 | Respectfully submitted, |
| | |
| Blair W. Nelson | /s/Peter A. Patterson (No. 17-0144) |
| Blair W. Nelson LTD | Peter A. Patterson (No. 17-0144) |
| 205 Seventh Street NW, Ste. 3 | David H. Thompson (No. 17-0143) |
| Bemidji, MN 56601 | William V. Bergstrom (No. 23-0238) |
| Tel: 218-444-4531 | Cooper & Kirk, PLLC |
| bwnelson@paulbunyan.net | 1523 New Hampshire Avenue, N.W. |
| | Washington, D.C. 20036 |
| | (202) 220-9600 |
| | (202) 220-9601 (fax) |
| | ppatterson@cooperkirk.com |
| | dthompson@cooperkirk.com |
| | wbergstrom@cooperkirk.com |

*Attorneys for Plaintiffs-Appellees*

## VERIFICATION

I, Peter A. Patterson, state that, on knowledge and belief, I am the attorney for Plaintiffs-Appellees, and the items in the foregoing bill of costs are true and correct. I verify that they are calculated correctly pursuant to Local Rule 39A(a)(4).

/s/ Peter A. Patterson
Peter A. Patterson

## CERTIFICATE OF COMPLIANCE

This Bill of Costs complies with the requirements of Eighth Cir. R. 39A. This document complies with the typeface and type style requirements of Fed. R. App. P. 27 & 32, as well as the type-volume limitation set forth in Fed. R. App. P. 27. I further certify that the Bill of Costs contains 135 words, as determined by Microsoft Office for Word 365 processing system.

As required by Eighth Cir. R. 28A(h), the Bill of Costs and supporting documents have been scanned for viruses and are virus-free.

Date: August 2, 2024

/s/ Peter A. Patterson
Peter A. Patterson

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: August 2, 2024

/s/ Peter A. Patterson
Peter A. Patterson
