

August 6, 2024

*VIA CM/ECF*

Maureen W. Gornik
Acting Clerk, Eighth Circuit Court of Appeals
Thomas F. Eagleton Courthouse
Room 24.329
111 South Tenth Street
St. Louis, MO  63102

  Re: ***Worth, et al. v. Jacobson***
     **Eighth Circuit Court File No. 23-2248**

Dear Ms. Gornik:

  On behalf of Appellants, I write to object to Appellees' Bill of Costs (and Amended Bill of Costs).  Appellants have petitioned for rehearing and the Court may well change the outcome of the appeal.  As a result, I ask that the Court not tax any costs until after that petition, and any subsequent rehearing, are concluded.

     Sincerely,

     LIZ KRAMER
     Solicitor General

     (651) 757-1010 (Voice)
     liz.kramer@ag.state.mn.us