IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

KRISTIN WORTH, *et al.*,

*Plaintiffs-Appellees*,

v.

BOB JACOBSON, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety *et al.*,

*Defendant-Appellant.*

No. 23-2248
(0:21-cv-01348-KMM-LIB)

# APPELLANT'S OBJECTION TO APPELLEES' AMENDED BILL OF COSTS

Appellant objects to Appellees' Bill of Costs (and Amended Bill of Costs). Appellant has petitioned for rehearing and the Court may well change the outcome of the appeal. As a result, Appellant asks that the Court not tax any costs until after that petition, and any subsequent rehearing, are concluded.

Dated: August 6, 2024

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Liz Kramer**
AMANDA PRUTZMAN (MN No. 0389267)
Assistant Attorney General
LIZ KRAMER (MN No. 0325089)
Solicitor General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1217 (Voice)
(651) 282-5832 (Fax)
Amanda.Prutzman@ag.state.mn.us
Liz.Kramer@ag.state.mn.us

ATTORNEYS FOR APPELLANT

# CERTIFICATE OF COMPLIANCE
# WITH FRAP 32

1.	This document complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B)(ii) because this document contains 50 words, excluding the parts exempted by Fed. R. App. P. 32(f).

2.	This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14 pt Times New Roman font.

                                            s/ **Liz Kramer**
                                            LIZ KRAMER
                                            Solicitor General

## CERTIFICATE OF SERVICE
## FOR DOCUMENTS FILED USING CM/ECF

I hereby certify that on August 6, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service was accomplished by the CM/ECF system.

s/ **Liz Kramer**
LIZ KRAMER
Solicitor General