No: 23-2248

Kristin Worth, et al.

Appellees

v.

Bob Jacobson, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety

Appellant

Kyle Burton, in his individual capacity and in his official capacity as Sheriff of Mille Lacs County, Minnesota, et al.

------------------------------

Everytown for Gun Safety, formerly known as Everytown for Gun Safety Action Fund, et al.

Amici on Behalf of Appellant(s)

National Rifle Association of America, Inc.

Amicus on Behalf of Appellee(s)

___

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-01348-KMM)

___

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

August 21, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Maureen W. Gornik