No. 23-2248

# IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

KRISTIN WORTH, et al.,

*Plaintiffs-Appellees*,

vs.

BOB JACOBSON, in his individual capacity and in his official capacity as Commissioner of the Minnesota Department of Public Safety,

*Defendant-Appellant.*

On Appeal from the United States District Court for the District of Minnesota

## MOTION OF SOPHIE A. KIVETT TO WITHDRAW AS COUNSEL FOR *AMICI CURIAE* GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, BRADY CENTER TO PREVENT GUN VIOLENCE, AND MARCH FOR OUR LIVES FOUNDATION

May 5, 2025

Sophie A. Kivett
Leonid Traps
Madeline B. Jenks
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-3243
kivetts@sullcrom.com

*Counsel for* Amici Curiae *Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March For Our Lives Foundation*

## MOTION TO WITHDRAW

Sophie A. Kivett respectfully requests to withdraw as counsel for *amici curiae* Giffords Law Center to Prevent Gun Violence ("Giffords"), Brady Center to Prevent Gun Violence ("Brady"), and March For Our Lives Foundation ("MFOL"). Good cause exists for the withdrawal because counsel has accepted a new position and will not be able to continue representing Giffords, Brady, and MFOL. Co-counsel, Leonid Traps and Madeline B. Jenks, will continue to represent Giffords, Brady, and MFOL, and they will not be prejudiced by the withdrawal.

Dated: May 5, 2025

Respectfully submitted,

/s/ *Sophie A. Kivett*
Sophie A. Kivett
Leonid Traps
Madeline B. Jenks
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-3243
kivetts@sullcrom.com

*Counsel of Record for* Amici Curiae *Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March For Our Lives Foundation*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 83 words. This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font. This motion complies with Eighth Circuit Rule 28A(h)(2) because it has been scanned for viruses and is virus-free.

/s/ *Sophie A. Kivett*
Sophie A. Kivett

*Counsel for* Amici Curiae
*Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March For Our Lives Foundation*

May 5, 2025

# CERTIFICATE OF SERVICE

I certify that on May 5, 2025 the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ *Sophie A. Kivett*
Sophie A. Kivett

*Counsel for* Amici Curiae
*Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March For Our Lives Foundation*

May 5, 2025